UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BROOKS<br><br>  Plaintiff,<br><br>  vs.<br><br>ADECCO USA, Inc.,<br><br>  Defendant. | **CASE NO.: 8:16-cv-00976-DOC-AGR**<br><br>**JUDGMENT IN FAVOR OF DEFENDANT ADECCO USA, INC. AGAINST PLAINTIFF BRYAN BROOKS** |

1 | This action came on for hearing before the court on May 31, 2017, the Honorable David O. Carter, District Judge presiding, on the Motion for Summary Judgment of Defendant Adecco USA, Inc. ("Defendant") against Plaintiff Bryan Brooks ("Plaintiff"). The evidence presented having been fully considered, the issues duly heard and a decision duly rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Adecco USA, Inc. against Plaintiff Bryan Brooks.

Dated: June 8, 2017

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE